U.S. DISTRICT COURT OF Middle Florida
OFFICE OF THE CLERK; Hon Chief Judge
401 W. Central BLVD #1200 Orlando Florida
MAY 26, 2023

Edmund N. Batoon
A petitioner

V.

DEPT OF JUSTICE
Respondent

under 42 USC 1983
a civil rights action
own solely

a complaint by Federal or
the law of the State for injury

Tax payer Damage or no discrimination by Jury
a writ of attachment, garnishment an owneship amount of damage is ~~Ten millions dollars~~. I am injured to Reduce to Five millions dollars for earlier, not now Redress required, for plus Ten thousand dollars every month living cost. without Tax and citizenship papers. I want visit to Seoul Korea

a claim by Edmundo N. Batoon a pro se required

Reason by no deportation for any crime
no discrimination

an amended a relief
a Forthwith, an extend

Date: MAY 26, 2023

name: Edmundo N. Batoon
22313-050
Address: 4927 Valenzuela EXT
Sta Mesa, Manila
Philippines

newly plus Five millions dollars
pay Tax one Tim cash

FILED
2023 MAY 31 PM 2:19
[COURT STAMP] DISTRICT OF FLORIDA
FLORIDA

THE Final decision

if. more Than End of november, 2022 I will plus charge Fifty millions dollars charged.
- Consolidated -
~~For my age's~~ Please pay in Full within Two Year for End of 2024. and a "merger"
a limitation
an estate
by cash
only one
10% now
Cash one Time
pay Tax

A notice of Appeal

U.S. District Court For the ~~Central~~ Middle District of ~~California~~ Florida
May 26, 2023

Edmundo N. Batoon
A Petitioner

v.

Dept of Justice
Respondent

FILED 2023 MAY 31 PM 2:19 [U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO FLORIDA]

a Writ of Certiorari
a use
an equitable ownership
an appropriated
an Immediately
a within Ten days
The last day For Filing
~~Double Cost~~

A notice of appeal

Docket no.
2:21-CV-07564 GW-KS

notice: a Party: Edmund N. Batoon

Date:

name: Edmundo N. Batoon
            22313-050
Address: 4927 Valenzuela EXT
            Sta Mesa, Manila
            Philippines

a covenant
a decision
a determination
a conclude
a no more
a case
an order
warranty
a deed
continuing
a Teaching

Continue. Primary, Facts, Parties, Condon

Date: May 26, 2023
at least Three-Fourth of, an End, Plus Twenty millions dollars again plus Twenty millions dollar
a Rehearing, a Relief, a granted, an amended, an admitted, a conclude
a petition For a writ of Certiorari To a Review, a case, a Judgment, a Reviewed
a good cause, a good Faith, June 16, 22 again notice; a Reversal, one, only 01
a Jurisdiction To supreme Court, a decision, one consider, one Final, iF
more than End of July, 2022 Than, Plus charged double Cost all of...
For Time To Time shall be vested, ordain, establish, courts, congress, know:
I will conduct myself, I will support the Constitution of the United Sta
I believe That I am entitled To Redress,  since: 1993-2022, D.O.B. 1940